UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

SAENGLA SALYKHOM,
ROBERT N. SALYKHOM,

         Debtors.
_____//

Case No.: BG 16-05463
Chapter 13
Hon. James W. Boyd
Filed:  October 27, 2016

**TRUSTEE'S OBJECTION TO MOTION TO INCUR DEBT**

    **NOW COMES** Barbara P. Foley, Trustee, by and through her Attorney, Courtney K. Roberts, and for her *Objection to Confirmation of Chapter 13 Plan* states as follows:

    1.    On October 27, 2016, Saengla and Robert Salykhom ("Debtors") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.  The case has never been converted, dismissed, or reinstated, and Debtors' Chapter 13 plan has not been confirmed.

    2.    Debtors filed a Motion to Incur Debt on January 17, 2017 [DN 24] subject to a shortened notice period [DN 27], requesting permission to borrow to purchase either a 2011 Audi Q5 for $17,054.15 at 21.99% interest, or a 2011 Audi A4 for $16,040.30 at 25% interest.

    3.    The Trustee objects to the motion because there is no indication regarding the mileage or condition of the cars to allow the Trustee to determine if the amount of debt proposed to be incurred is reasonable.

    \\**WHEREFORE** the Trustee respectfully requests that this Court deny the Motion to Incur Debt, at least until sufficient information has been provided regarding the mileage and condition of the vehicle, or similar vehicle, to be purchased, and grant what other relief the Court deems just and equitable.

                                                     Respectfully submitted,
                                                   BARBARA P. FOLEY
                                                   CHAPTER 13 TRUSTEE

1

January 27, 2017         /s/ Courtney K. Roberts
Courtney K. Roberts (P64717)
Attorney for Barbara P. Foley
Chapter 13 Trustee
229 E. Michigan Avenue, Suite 440
Kalamazoo, MI 49007
Phone: (269) 343-0305, ext. 206
E-Mail: croberts@chpt13.com