UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Saengla Salykhom | § | **CASE NO.** 16-05463 |
| Robert Noy Salykhom | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | |
| | § | |

## ORDER GRANTING DEBTORS' MOTION TO INCUR DEBT

DEBTORS HAVING FILED their Motion to Incur Debt on 10/14/2021; Motion to Shorten the Notice Period on 10/14/2021; Notice and Opportunity to Object having been served on all interested parties on _____; no objections having been timely filed with this Court; and the Court being otherwise fully advised of the premises; NOW THEREFORE,

IT IS HEREBY ORDERED that the Debtors are granted permission to obtain financing for up to $225,000.00 for the purchase of a home.

END OF ORDER