UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Saengla Salykhom | § | **CASE NO.** 16-05463 |
| Robert Noy Salykhom | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | |
| | § | |

### ORDER ON MOTION TO REDUCE TIME FOR NOTICE OF MOTION TO INCUR DEBT

THIS COURT having reviewed the Debtors' Motion to Reduce Time for Notice of Motion to Incur Debt; NOW THEREFORE,

IT IS HEREBY ORDERED that, pursuant to Bankruptcy Rules 2002(a)(2), 9006(c), and LBR 9013(i), the Motion to Reduce Time for Notice of Motion to Incur Debt is GRANTED. The notice time required for the Motion to Incur Debt is reduced to eight (11) days.

IT IS FURTHER ORDERED that the Debtor shall serve a copy of this Order and the Motion upon which it is based on the following parties in interest:

1. All parties on the Matrix.
2. Office of the United States Trustee
3. Barbara P. Foley, Chapter 13 Trustee
4. Debtors Saengla and Robert Salykhom.

END OF ORDER.