UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

In re:                                                                                          Case No. BG 16-05463
                                                                                                Chapter 13
Saengla Salykhom and
Robert Noy Salykhom

                              Debtors.
_____/

### NOTICE TO PARTIES IN INTEREST OF HEARING

**Debtors' Motion to Incur Debt (DN 83)**

      Please take notice that a hearing will be held on **October 26, 2021** at **11:00 AM** before the Honorable James W. Boyd.

      The hearing will be conducted by videoconferencing using the Zoom Cloud Meeting program/app. Parties who wish to appear at the hearing should review Judge Boyd's "Remote Hearing Procedures" Notice posted at https://www.miwb.uscourts.gov/covid-19-notices, which will include the Zoom log-in information.

_____



MICHELLE M. WILSON

CLERK OF BANKRUPTCY COURT

/S/_____

J. Koerth Deputy Clerk

Dated: October 18, 2021

Notice returned to Jeffrey Mapes, Esq. for service.

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling the PACER Service Center at (800) 676-6856 between 8:00 a.m. and 6:00 p.m. CT Monday through Friday or via its web site at http://pacer.psc.uscourts.gov.