IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: § | |
| § | |
| Saengla Salykhom § | **CASE NO.** 16-05463 |
| Robert Noy Salykhom § | **Hon.** James W. Boyd |
|   **Debtor(s)** § | |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Notice of Hearing regarding Debtors' Motion to Incur Debt [DN85].
2. Debtors' Motion to Incur Debt [DN83]
3. Motion to Reduce Time for Notice of Motion to Incur Debt [DN84]

Person(s) Served:

1. See attached Matrix.

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 10/18/2021       ____/s/_____
                                          Keaton Kolbe
                                          Mapes Law Offices
                                          29 Pearl Street NW, Suite 305
                                          Grand Rapids, MI 49503